**Mark A. Miller, 9563**
mmiller@hollandhart.com
**Ginger Utley, 11788**
gutley@hollandhart.com
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **ICON HEALTH & FITNESS, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**PRO-FORM PERSONAL TRAINING, INC.**, a Washington corporation,<br><br>Defendant. | NOTICE OF VOLUNTARY DISMISSAL<br><br><br>Case No. 1:12-cv-00214<br><br>Magistrate Judge Brooke C. Wells |

Plaintiff ICON Health & Fitness, Inc. respectfully submits this Notice of Voluntary Dismissal of its claims against Defendant Pro-Form Personal Training, Inc. pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Defendant has not filed an Answer or Motion for Summary Judgment.  Accordingly, Plaintiff voluntarily dismisses this case with prejudice and without Court order.

DATED this 4th day of February, 2013.

HOLLAND & HART LLP

/s/  Mark A. Miller
Mark A. Miller
Ginger Utley
*Attorneys for Plaintiff*

5993726_1